# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SATIRA M. QUARLES, J.D., | : | CIVIL ACTION NO. 1:04-CV-1562 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| CENDANT CORPORATION, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of May, 2005, upon consideration of defendants' joint motion to dismiss and for sanctions (Doc. 75), see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . . [or] shall be deemed not to oppose such motion."), and it appearing that several motions (Docs. 31, 33, 36) to dismiss or for summary judgment are pending in this case, it is hereby ORDERED that:

1. Plaintiff shall file a brief in opposition to the motion to dismiss and for sanctions (Doc. 75) on or before May 24, 2005. Failure to comply with this paragraph may result in the granting of the motion or the dismissal of this case for failure to prosecute. See L.R. 7.6; FED. R. CIV. P. 41(b).

2. Defendants shall be permitted to file a brief in reply on or before June 3, 2005.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge